Nos. 20-3186 & 20-3206

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

TIMOTHY SUMPTER,
*Petitioner-Appellee/Cross-Appellant,*

v.

STATE OF KANSAS,
*Respondent-Appellant/Cross-Appellee.*

On Appeal and Cross-Appeal from the United States District Court
for the District of Kansas, (No. 5:19-CV-03267-JWL)
Honorable John W. Lungstrum, United States District Judge

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Petitioner Timothy Sumpter moves for an extension of time until January 18, 2023, to file a petition for rehearing and a request for en banc consideration if appropriate. In support of his motion, Mr. Sumpter notes the following:

1. On December 28, 2022, the U.S. Court in Appeal for the Tenth Circuit issued its published opinion and corresponding judgment for Appeal Nos. 20-3186 and 20-3206.

2. Under Federal Rule of Appellate Procedure 40, Petitioner has 14 days after entry of judgment to file a petition for rehearing and any request for en banc

consideration. This deadline can be extended by order. Fed. R. App. P. 40(a)(1).

3. Accordingly, any such request is currently due on January 11, 2023.

4. Mr. Sumpter has not previously requested an extension to file a petition for rehearing and any request for en banc consideration.

5. An evaluation of the propriety of such a request and completion of the request, if necessary, cannot reasonably be completed by the current due date.

6. Mr. Sumpter is represented by his pro bono counsel Ruth Anne French-Hodson. Ms. French-Hodson will be unable to dedicate sufficient time to evaluate whether such a request is appropriate during the 14-day time frame:

    a. The opinion and judgment issued during the school winter break while Ms. French-Hodson is on vacation with her family in New Mexico. She will not return to the office until January 3, 2023.

    b. Ms. French-Hodson is also responsible for motion to dismiss briefing in a complex personal injury case, *Messerli v. AW Distribution, Inc., et al.,* currently pending in the U.S. District Court for the District of Kansas, due on January 19, 2023.

    c. Ms. French-Hodson is also an appointed co-lead in an MDL currently pending in the U.S. District Court for the Western District of

Pennsylvania, *In re SoClean Inc. Sales Practices and Products Liability Litigation*, 2:22-mc-00152-JFC. She has oral argument scheduled on two major issues—preemption and primary jurisdiction—scheduled for January 25, 2023.

7. Ms. French-Hodson also will not be able to conduct an attorney-client privileged meeting with her client about the decision and appellate strategy until the first week of January.

8. Mr. Sumpter does not make this request to cause unnecessary delay, but to allow additional time to adequately evaluate the opinion, prepare the request if warranted, and obtain the necessary client input and approval.

9. Respondent-Appellant/Cross-Appellee State of Kansas does not oppose this request.

Accordingly, Mr. Sumpter requests that the Court grant his request for a 7-day extension until January 18, 2023, to file a petition for rehearing and any request for en banc consideration.

Respectfully submitted,

s/ *Ruth Anne French-Hodson*
Ruth Anne French-Hodson
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
rafrench-hodson@midwest-law.com

*Pro Bono Attorney for Petitioner Appellee-Cross-Appellant Timothy Sumpter*

# CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2022, the foregoing Motion for Extension was electronically filed with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

Dated: December 29, 2022                 <u>/s/ Ruth Anne French Hodson</u>