FILED
United States Court of Appeals
Tenth Circuit

December 29, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

TIMOTHY SUMPTER,

    Petitioner - Appellee/Cross-Appellant,

v.

STATE OF KANSAS,

    Respondent - Appellant/Cross-Appellee.

-----------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS,

    Amicus Curiae.

Nos. 20-3186 and 20-3206
(D.C. No. 5:19-CV-03267-JWL)
(D. Kan.)

_____

## ORDER
_____

    This matter is before the court on Appellee/Cross-Appellant's unopposed motion for a seven-day extension of time to file a petition for rehearing and a request for en banc consideration in this appeal. The motion is granted. The petition for rehearing and for rehearing en banc, if any, shall be filed by January 18, 2023.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk