Nos. 20-3186 & 20-3206

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

TIMOTHY SUMPTER,
*Petitioner-Appellee/Cross-Appellant,*

v.

STATE OF KANSAS,
*Respondent-Appellant/Cross-Appellee.*

On Appeal and Cross-Appeal from the United States District Court
for the District of Kansas, (No. 5:19-CV-03267-JWL)
Honorable John W. Lungstrum, United States District Judge

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Petitioner-Appellee Timothy Sumpter moves for an extension of time until January 27, 2023, to file a petition for rehearing and a request for *en banc* consideration if appropriate. In support of his motion, Mr. Sumpter notes the following:

1. On December 28, 2022, the U.S. Court in Appeal for the Tenth Circuit issued its published opinion and corresponding judgment for Appeal Nos. 20-3186 and 20-3206.

2. Under Federal Rule of Appellate Procedure 40, Petitioner has 14 days after entry of judgment to file a petition for rehearing and any request for *en banc* consideration. This deadline can be extended by order. Fed. R. App. P. 40(a)(1).

3. Mr. Sumpter was previously granted a seven-day extension by this Court.

4. Accordingly, any such request is currently due on January 18, 2023.

5. Mr. Sumpter has previously requested one extension to file a petition for rehearing and any request for *en banc* consideration.

6. Mr. Sumpter is represented by his pro bono counsel Ruth Anne French-Hodson. When counsel went to the Hutchinson Correctional Facility on January 17, 2023, to counsel Mr. Sumpter on her recommendations, she found out that Mr. Sumpter had not yet received notice of the Court's opinion.

7. Counsel had received a UPS next day confirmation of delivery to the Facility of the letter with opinion and notice on December 29, 2022. But Mr. Sumpter had yet to receive that mail on January 17.

8. Mr. Sumpter just obtained his own copy of the Court's opinion last night and needs time to also review and evaluate the opinion prior to discussing it with counsel.

9. Ms. French-Hodson will be unable to schedule an additional attorney-client visit until next week. Ms. French-Hodson is an appointed co-lead in an MDL

currently pending in the U.S. District Court for the Western District of Pennsylvania, *In re SoClean Inc. Sales Practices and Products Liability Litigation*, 2:22-mc-00152-JFC. She has oral argument on two major issues—preemption and primary jurisdiction—scheduled for January 25, 2023, as well as executive committee meetings earlier in the week in Pittsburgh, Pennsylvania.

10. Mr. Sumpter does not make this request to cause unnecessary delay, but to allow additional time to adequately evaluate the opinion, prepare the request, and obtain the necessary client input and approval.

11. Respondent-Appellant/Cross-Appellee State of Kansas does not oppose this request.

Accordingly, Mr. Sumpter requests that the Court grant his request for a second extension until January 27, 2023, to file a petition for rehearing and any request for *en banc* consideration.

Respectfully submitted,

s/ *Ruth Anne French-Hodson*
Ruth Anne French-Hodson
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
rafrench-hodson@midwest-law.com

*Pro Bono Attorney for Petitioner Appellee-Cross-Appellant Timothy Sumpter*

# CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2023, the foregoing Motion for Extension was electronically filed with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

Dated: January 18, 2023                 /s/ Ruth Anne French Hodson